**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATY ANNE LYNCH,

Plaintiff,

Case No.: 1:26-cv-11216

v.

Judge John Robert Blakey

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | QUYNHANH ECOMZ |
| 2 | SUUYING |
| 3 | Gen You-us |
| 4 | xiaolei trading company |
| 5 | Uyen Printer |
| 6 | PHAM NGOC DUONG2131 |
| 7 | youderiyong |
| 8 | SYPING |
| 9 | TSECM |
| 10 | WenLiJun |
| 11 | XieQianJin(品牌已备案,跟卖必投诉封店,绝不和解) |
| 12 | gmh0s |
| 13 | FanYu-WLX |
| 14 | KERDESHOP |
| 15 | songweihuahfgy |

| | |
|---|---|
| 16 | 达阔 DK |
| 17 | ZHIZHOU |
| 18 | PH PandaHall |
| 19 | AHANDMAKER |
| 20 | DICOSMETIC |
| 21 | GLOBLELAND |
| 22 | BEAMARKER |
| 23 | INFUNLY |
| 24 | Hobbspring |
| 25 | yunmaioo |

This terminates the action.

DATED: September 24, 2026

Respectfully submitted,

/s/ Keith A. Vogt

Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 24, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt